Application denied. Applicant makes no showing which warrants habeas corpus the issue having been decided on appeal. See State ex rel. Barksdale v. Dees, 252 La. 434, 211 So.2d 318.

258 So.2d 88

STATE of Louisiana ex rel. Albert PARR

v.

TWENTY–FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFER-SON, Gretna, Louisiana.

No. 52181.

Feb. 29, 1972.

In re: Albert Parr applying for writ of mandamus.

Application denied. According to the return of the District Attorney, the only pleading filed by the applicant in the trial court has been a motion to proceed in forma pauperis (Criminal Docket 114–558) and that motion has been granted. No petition for habeas corpus is now pending there.